UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CYNTHIA STEWART,

    Plaintiff,

    v.

EXPERIAN INFORMATION SOLUTIONS, INC., et al.,

    Defendants.

Case No. 15-cv-04617-BLF

**ORDER RESETTING HEARING DATE**

The Court RESETS the hearing date for Defendant Capital One Bank (USA), N.A.'s motion to dismiss from January 7, 2016 at 9:00 a.m. to January 7, 2016 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: December 11, 2015

_____
BETH LABSON FREEMAN
United States District Judge