Andrew S. Meyers, Esq.  (IN #31427-49)
  (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  ameyers@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

Lauren E. Tate, Esq. (CSB #124483)
Tate & Associates
1321 8th Street, Suite 4
Berkeley, CA  94710
Telephone:  510-525-5100
Fax:  510-525-5130
E-Mail:  ltate@tateandassociates-law.com

*Local Counsel for Defendant Trans Union, LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| CYNTHIA STEWART,<br>　　　　Plaintiff,<br><br>　　vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.;<br>TRANSUNION, LLC; CO-OPERATIVE<br>ADJUSTMENT BUREAU, INC.; CAPITAL ONE,<br>NATIONAL ASSOCIATION; AFNI, INC.; and<br>DOES 1 through 100, inclusive;<br>　　　　Defendants. | CASE NO.  5:15-cv-04617-BLF<br><br>**JOINT NOTICE OF SETTLEMENT** |

　　　Plaintiff, Cynthia Stewart, by counsel, and Defendant, Trans Union, LLC ("Trans Union"), by counsel, hereby inform this Court that Plaintiff and Trans Union have reached a settlement as to all matters raised by Plaintiff against Trans Union only in this action.  Plaintiff will file a stipulation of dismissal, dismissing her claims against Trans Union with Prejudice once the settlement is consummated.

**JOINT NOTICE OF SETTLEMENT – 5:15-CV-04617-BLF**

|  |  |
|---|---|
|  | Respectfully submitted, |
| Date: <u>December 14, 2015.</u> | *s/ Elliot W. Gale (w/consent)* <br>Elliot W. Gale, Esq. <br>Sagaria Law, P.C. <br>2033 Gateway Place, 5th Floor <br>San Jose, CA 95110 <br>Telephone: 408-279-2299 <br>Fax: 408-279-2299 <br>E-Mail: egale@sagarialaw.com |
|  | *Counsel for Plaintiff, Cynthia Stewart* |
| Date: <u>December 14, 2015.</u> | *s/ Andrew S. Meyers* <br>Andrew S. Meyers, Esq. (IN #31427-49) <br>  (admitted *Pro Hac Vice*) <br>Schuckit & Associates, P.C. <br>4545 Northwestern Drive <br>Zionsville, IN 46077 <br>Telephone: 317-363-2400 <br>Fax: 317-363-2257 <br>E-Mail: ameyers@schuckitlaw.com |
|  | *Lead Counsel for Defendant, Trans Union, LLC* |
|  | Lauren E. Tate, Esq. (CSB #124483) <br>Tate & Associates <br>1321 8th Street, Suite 4 <br>Berkeley, CA 94710 <br>Telephone: 510-525-5100 <br>Fax: 510-525-5130 <br>E-Mail: ltate@tateandassociates-law.com |
|  | *Local Counsel for Defendant, Trans Union, LLC* |
|  | *Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the Signatories.* |

**JOINT NOTICE OF SETTLEMENT – 5:15-CV-04617-BLF**