SCOTT J. SAGARIA (SBN 217981)
ELLIOT W. GALE (SBN 263326)
JOE ANGELO (SBN 268542)
**SAGARIA LAW, P.C.**
2033 Gateway Pl., 5th Floor
San Jose, CA 95110
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| **CYNTHIA STEWART** <br><br> Plaintiff, <br><br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC.; et. al.**,** <br><br> Defendants. | Case No.: 5:15-cv-04617-BLF <br><br> **NOTICE OF SETTLEMENT** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

        **PLEASE TAKE NOTICE THAT** plaintiff and defendant Capital One, National

Association, by and through their respective counsel of record, have reached a settlement in

principle of the above captioned case and are in the process of documenting said settlement.


Dated:    March 22, 2016

                                        **Sagaria Law, P.C.**
                                        /s/ *Elliot Gale*
                                        Elliot Gale
                                        Attorneys for Plaintiff

NOTICE OF SETTLEMENT - 1