Scott J. Sagaria (SBN 217981)
SJSagaria@sagarialaw.com
Elliot W. Gale (SBN 263326)
EGale@sagarialaw.com
Joe Angelo (SBN 268542)
JAngelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste 100
Roseville, CA 95661
408-279-2288 ph:
408-279-2299 fax

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA STEWART, | Case No.: 5:15-CV-04617-BLF |
| Plaintiff, | |
| v. | NOTICE OF SETTLEMENT WITH DEFENDANT CO-OPERATIVE ADJUSTMENT BUREAU, INC. |
| EXPERIAN INFORMATION SOLUTIONS, INC; et. al., | |
| Defendants. | |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**PLEASE TAKE NOTICE THAT** plaintiff Cynthia Stewart and defendant Co-Operative Adjustment Bureau, Inc. by and through their respective counsel of record, have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement. The parties believe the settlement will be finalized within 45 days and will request dismissal of this action.

//

//

//

NOTICE OF SETTLEMENT WITH DEFENDANT CO-OPERATIVE ADJUSTMENT BUREAU, INC. -1-

1
2
3  Dated:   August 15, 2017
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Sagaria Law, P.C.**

　　　/s/ *Elliot Gale*
Elliot Gale
Attorneys for Plaintiff

NOTICE OF SETTLEMENT WITH DEFENDANT CO-OPERATIVE ADJUSTMENT BUREAU, INC. -2-