Scott J. Sagaria (SBN 217981)
SJSagaria@sagarialaw.com
Elliot W. Gale (SBN 263326)
EGale@sagarialaw.com
Joe Angelo (SBN 268542)
JAngelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste 100
Roseville, CA 95661
Telephone:  (408) 279-2288
Facsimile:  (408) 297-2299

Attorneys for Plaintiff Cynthia Stewart

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA STEWART,<br><br>         Plaintiff,<br><br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., ET AL.,<br><br>         Defendants. | Case No.: 5:15-cv-04617-BLF<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT CO-OPERATIVE ADJUSTMENT BUREAU, INC.; [PROPOSED] ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Cynthia Stewart and defendant Co-Operative Adjustment Bureau, Inc. that Co-Operative Adjustment Bureau, Inc. be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//
//
//
//
//

STIPULATION FOR DISMISSAL OF DEFENDANT CO-OPERATIVE ADJUSTMENT BUREAU, INC.;
[PROPOSED] ORDER -1-

DATED: September 29, 2017     **Sagaria Law, P.C.**

By:   */s/ Elliot Gale*
Elliot Gale
Attorney for Plaintiff Cynthia Stewart

DATED: September 29, 2017     **Co-Operative Adjustment Bureau, Inc.**

By:   */s/ Ralph L. Pollard*
Ralph L. Pollard
Attorney for Defendant Co-Operative
Adjustment Bureau, Inc.

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Ralph L. Pollard has concurred in this filing.

*/s/ Elliot Gale*

### [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Co-Operative Adjustment Bureau, Inc. is dismissed with prejudice.

IT IS SO ORDERED.

DATED: _____      

Hon. Beth Labson Freeman
UNITED STATES DISTRICT JUDGE

STIPULATION FOR DISMISSAL OF DEFENDANT CO-OPERATIVE ADJUSTMENT BUREAU, INC.;
[PROPOSED] ORDER -2-